UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
SCALISE, JOSEPH F § Case No. 10-17634
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   .   The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]           $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

   5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7.  The Trustee's proposed distribution is attached as **Exhibit D**.

   8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_, for a total compensation of $\_\_\_\_ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_ [2].

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Roy Safanda_____
            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 10-17634 | MB | Judge: Manuel Barbosa | | Trustee Name: | Roy Safanda |
| Case Name: | SCALISE, JOSEPH F | | | | Date Filed (f) or Converted (c): | 04/20/10 (f) |
| | | | | | 341(a) Meeting Date: | 06/21/10 |
| For Period Ending: | 09/23/11 | | | | Claims Bar Date: | 09/22/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence | 270,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Cash | 16.00 | 0.00 | DA | 0.00 | FA |
| 3. Household | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 4. Apparel | 100.00 | 0.00 | DA | 0.00 | FA |
| 5. Jewelry | 200.00 | 0.00 | DA | 0.00 | FA |
| 6. Guns | 500.00 | 0.00 | DA | 0.00 | FA |
| 7. Willow A/R | 10,000.00 | 10,000.00 | | 5,000.00 | 5,000.00 |
| 8. Granate A/R | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 9. Meyer A/R | 35,000.00 | 0.00 | DA | 0.00 | FA |
| 10. 2006 Chevy | 9,625.00 | 0.00 | DA | 0.00 | FA |
| 11. 2003 Cadillac | 2,200.00 | 0.00 | DA | 0.00 | FA |
| 12. 2008 Chevy | 16,325.00 | 0.00 | DA | 0.00 | FA |
| 13. 2001 GMC | 3,100.00 | 0.00 | DA | 0.00 | FA |
| 14. Bobcat | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 15. Boat | 600.00 | 0.00 | DA | 0.00 | FA |
| 16. Desk | 100.00 | 0.00 | DA | 0.00 | FA |
| 17. Tools | 500.00 | 0.00 | DA | 0.00 | FA |
| 18. Pigments | 400.00 | 0.00 | DA | 0.00 | FA |
| 19. Lumber | 200.00 | 0.00 | DA | 0.00 | FA |
| 20. Mower | 90.00 | 0.00 | DA | 0.00 | FA |
| 21. Possible PI | Unknown | 0.00 | DA | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $364,156.00       $10,000.00       $5,000.00       $5,000.00

(Total Dollar Amount in Column 6)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 10-17634   MB   Judge: Manuel Barbosa | Trustee Name: Roy Safanda |
| Case Name: | SCALISE, JOSEPH F | Date Filed (f) or Converted (c): 04/20/10 (f) |
| | | 341(a) Meeting Date: 06/21/10 |
| | | Claims Bar Date: 09/22/10 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Adversary pending

Initial Projected Date of Final Report (TFR): 01/01/12      Current Projected Date of Final Report (TFR): 01/01/12

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 10-17634 -MB | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | SCALISE, JOSEPH F | Bank Name: | Capital One |
| | | Account Number / CD #: | *******7463  Checking Account |
| Taxpayer ID No: | *******8699 | | |
| For Period Ending: | 09/23/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/23/11 | 7 | Community Association Underwriters of America, Inc. QBE Insurance Corp. (Claims) 2 Caufield Pl. Newton, PA  18940 | | 1121-000 | 5,000.00 | | 5,000.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 5,000.00 | 0.00 | 5,000.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 5,000.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 5,000.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********7463 | 5,000.00 | 0.00 | 5,000.00 |
| | 5,000.00 | 0.00 | 5,000.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     5,000.00     0.00

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 10-17634 | | Page 1 | | Date: September 23, 2011 |
| Debtor Name: | SCALISE, JOSEPH F | | Claim Type Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2700-00 | Clerk of the US Bank Court | Administrative | | $250.00 | $0.00 | $250.00 |
| 001<br>3110-00 | Roy Safanda<br>Attorney for Trustee<br>Safanda Law Firm<br>111 East Side Drive<br>Geneva, IL 60134 | Administrative | | $1,931.25 | $0.00 | $1,931.25 |
| 000013B<br>050<br>4300-00 | Internal Revenue Services<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Secured | | $73,633.12 | $0.00 | $73,633.12 |
| 000014B<br>050<br>4300-00 | Hinsdale Bank & Trust Co<br>c/o Donald Newman<br>11 S LaSalle St<br>Chicago IL 60603 | Secured | | $25,000.00 | $0.00 | $25,000.00 |
| 000011B<br>040<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | | $2,913.18 | $0.00 | $2,913.18 |
| 000013C<br>040<br>5800-00 | Internal Revenue Services<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Priority | | $1,189.48 | $0.00 | $1,189.48 |
| 000001<br>070<br>7100-00 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | | $185.56 | $0.00 | $185.56 |
| 000002<br>070<br>7100-00 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | | $2,443.44 | $0.00 | $2,443.44 |
| 000003<br>070<br>7100-00 | American Infosource Lp As Agent for<br>Asta-Vativ<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $2,671.78 | $0.00 | $2,671.78 |
| 000004<br>070<br>7100-00 | Atlas Bobcat, Inc.<br>Acct # 50097<br>5050 North River Road<br>Schiller Park, IL 60176 | Unsecured | | $1,240.27 | $0.00 | $1,240.27 |
| 000005<br>070<br>7100-00 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | | $834.90 | $0.00 | $834.90 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 10-17634 | | Page 2 | | Date: September 23, 2011 |
| Debtor Name: | SCALISE, JOSEPH F | | Claim Type Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000006 070 7100-00 | Save on Everything<br>Acct # 6305871010<br>1000 W. Maple Road, Suite 200<br>Troy, MI 48084 | Unsecured | | $10,220.00 | $0.00 | $10,220.00 |
| 000007 070 7100-00 | Northwest Health Care<br>2360 Hassell Road<br>Hoffman Estates, IL 60169 | Unsecured | | $80.00 | $0.00 | $80.00 |
| 000008 070 7100-00 | PHARIA L.L.C.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $1,233.11 | $0.00 | $1,233.11 |
| 000009 070 7100-00 | Today<br>Acct # 40960<br>1505 McCormick Place<br>Wheaton, IL 60189 | Unsecured | | $822.50 | $0.00 | $822.50 |
| 000010 070 7100-00 | Meyer Material Company<br>c/o Stewart Krauskoff<br>Acct # 07 AR 728<br>414 N. Orleans, Suite 210<br>Chicago, IL 60654 | Unsecured | | $27,719.57 | $0.00 | $27,719.57 |
| 000011A 070 7100-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Unsecured | | $4,087.06 | $0.00 | $4,087.06 |
| 000012 070 7100-00 | Guthman, Larry<br>c/o Much, Shelist, Denenberg, etc.<br>Acct # 09 M1-209558<br>191 N. Wacker Drive, Suite 1800<br>Chicago, IL 60606 | Unsecured | | $12,400.00 | $0.00 | $12,400.00 |
| 000013A 070 7100-00 | Internal Revenue Services<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Unsecured | | $5.94 | $0.00 | $5.94 |
| 000014A 070 7100-00 | Hinsdale Bank & Trust Co<br>c/o Donald Newman<br>11 S LaSalle St<br>Chicago IL 60603 | Unsecured | | $4,084.71 | $0.00 | $4,084.71 |
| 000015 070 7100-00 | U.S. Bank, N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | Unsecured | | $404.14 | $0.00 | $404.14 |
| 000016 070 7100-00 | U.S. Bank, N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | Unsecured | | $1,995.22 | $0.00 | $1,995.22 |
| 000017 070 7100-00 | GE Money Bank<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $1,315.58 | $0.00 | $1,315.58 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 10-17634 | | Page 3 | | Date: September 23, 2011 |
| Debtor Name: | SCALISE, JOSEPH F | | Claim Type Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000018 070 7100-00 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $3,953.98 | $0.00 | $3,953.98 |
| 000019 070 7100-00 | First Choice Yellow Pages<br>c/o Roberta K Kanabay<br>19 Watergate Drive<br>South Barrington, IL 60010-9564 | Unsecured | | $17,423.69 | $0.00 | $17,423.69 |
| 000020 070 7100-00 | ATT Mobility LLC<br>c/o B-Line, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | | $705.93 | $0.00 | $705.93 |
| 000021 070 7100-00 | Carroll Distributing<br>205 S Iowa Avenue<br>Ottumwa, Iowa 52501 | Unsecured | | $1,193.88 | $0.00 | $1,193.88 |
| | Case Totals: | | | $199,938.29 | $0.00 | $199,938.29 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-17634
Case Name: SCALISE, JOSEPH F
Trustee Name: Roy Safanda

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000013B | Internal Revenue Services P.O. Box 21126 Philadelphia, PA 19114 | $ | $ | $ | $ |
| 000014B | Hinsdale Bank & Trust Co c/o Donald Newman 11 S LaSalle St Chicago IL 60603 | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Roy Safanda | $ | $ | $ |
| Trustee Expenses: Roy Safanda | $ | $ | $ |
| Attorney for Trustee Fees: Roy Safanda | $ | $ | $ |
| Charges: Clerk of the US Bank Court | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011B | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | $ | $ | $ |
| 000013C | Internal Revenue Services<br>P.O. Box 21126<br>Philadelphia, PA 19114 | $ | $ | $ |

Total to be paid to priority creditors                $_____

Remaining Balance                                     $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $ | $ | $ |
| 000002 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $ | $ | $ |
| 000003 | American Infosource Lp As Agent for<br>Asta-Vativ<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | $ | $ | $ |
| 000004 | Atlas Bobcat, Inc.<br>Acct # 50097<br>5050 North River Road<br>Schiller Park, IL 60176 | $ | $ | $ |
| 000005 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $ | $ | $ |
| 000006 | Save on Everything<br>Acct # 6305871010<br>1000 W. Maple Road, Suite 200<br>Troy, MI 48084 | $ | $ | $ |
| 000007 | Northwest Health Care<br>2360 Hassell Road<br>Hoffman Estates, IL 60169 | $ | $ | $ |
| 000008 | PHARIA L.L.C.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Today<br>Acct # 40960<br>1505 McCormick Place<br>Wheaton, IL 60189 | $ | $ | $ |
| 000010 | Meyer Material Company<br>c/o Stewart Krauskoff<br>Acct # 07 AR 728<br>414 N. Orleans, Suite 210<br>Chicago, IL 60654 | $ | $ | $ |
| 000011A | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | $ | $ | $ |
| 000012 | Guthman, Larry<br>c/o Much, Shelist, Denenberg, etc.<br>Acct # 09 M1-209558<br>191 N. Wacker Drive, Suite 1800<br>Chicago, IL 60606 | $ | $ | $ |
| 000013A | Internal Revenue Services<br>P.O. Box 21126<br>Philadelphia, PA 19114 | $ | $ | $ |
| 000014A | Hinsdale Bank & Trust Co<br>c/o Donald Newman<br>11 S LaSalle St<br>Chicago IL 60603 | $ | $ | $ |
| 000015 | U.S. Bank, N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | $ | $ | $ |
| 000016 | U.S. Bank, N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | $ | $ | $ |
| 000017 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000018 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | $ | $ | $ |
| 000019 | First Choice Yellow Pages<br>c/o Roberta K Kanabay<br>19 Watergate Drive<br>South Barrington, IL 60010-9564 | $ | $ | $ |
| 000020 | ATT Mobility LLC<br>c/o B-Line, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $ | $ | $ |
| 000021 | Carroll Distributing<br>205 S Iowa Avenue<br>Ottumwa, Iowa 52501 | $ | $ | $ |

       Total to be paid to timely general unsecured creditors     $_____

       Remaining Balance     $_____

     Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

     Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE