UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                    §
                                          §
SCALISE, JOSEPH F                         §        Case No. 10-17634
                                          §
              Debtor(s)                   §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

        Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Roy Safanda,
trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals
have filed final fee applications, which are summarized in the attached Summary of Trustee's Final
Report and Applications for Compensation.

        The complete Final Report and all applications for compensation are available for inspection at
the Office of the Clerk, at the following address:
                        US Courthouse
                        Bankruptcy Clerk
                        Assignment Desk, Rm 710
                        219 S. Dearborn St.
                        Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the
Final Report, must file a written objection within 0 days from the mailing of this notice, serve a
copy of the objections upon the trustee, any party whose application is being challenged and the
United States Trustee. A hearing on the fee applications and any objection to the Final Report
will be held at 10:00 AM on 12/01/2011 in Courtroom 250,
                        US Courthouse
                        100 S. 3rd St.
                        Geneva, IL  60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/13/2011              By: _____

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                          §
                                                §
                                                §
SCALISE, JOSEPH F                               §        Case No. 10-17634
                                                §
                                                §
              Debtor(s)                         §

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of                          $

and approved disbursements of                               $

leaving a balance on hand of[1]                             $


Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000013B | Internal Revenue Services P.O. Box 21126 Philadelphia, PA 19114 | $ | $ | $ | $ |
| 000014B | Hinsdale Bank & Trust Co c/o Donald Newman 11 S LaSalle St Chicago IL 60603 | $ | $ | $ | $ |

Total to be paid to secured creditors                       $_____

Remaining Balance                                           $_____

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Roy Safanda | $ | $ | $ |
| Trustee Expenses: Roy Safanda | $ | $ | $ |
| Attorney for Trustee Fees: Roy Safanda | $ | $ | $ |
| Charges: Clerk of the US Bank Court | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses       $_____

Remaining Balance       $_____


Applications for prior chapter fees and administrative expenses have been filed as follows:


NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $          must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011B | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | $ | $ | $ |
| 000013C | Internal Revenue Services P.O. Box 21126 Philadelphia, PA 19114 | $ | $ | $ |

Total to be paid to priority creditors       $_____

Remaining Balance       $_____


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $ | $ | $ |
| 000002 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $ | $ | $ |
| 000003 | American Infosource Lp As Agent for<br>Asta-Vativ<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | $ | $ | $ |
| 000004 | Atlas Bobcat, Inc.<br>Acct # 50097<br>5050 North River Road<br>Schiller Park, IL 60176 | $ | $ | $ |
| 000005 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $ | $ | $ |
| 000006 | Save on Everything<br>Acct # 6305871010<br>1000 W. Maple Road, Suite 200<br>Troy, MI 48084 | $ | $ | $ |
| 000007 | Northwest Health Care<br>2360 Hassell Road<br>Hoffman Estates, IL 60169 | $ | $ | $ |
| 000008 | PHARIA L.L.C.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Today<br>Acct # 40960<br>1505 McCormick Place<br>Wheaton, IL 60189 | $ | $ | $ |
| 000010 | Meyer Material Company<br>c/o Stewart Krauskoff<br>Acct # 07 AR 728<br>414 N. Orleans, Suite 210<br>Chicago, IL 60654 | $ | $ | $ |
| 000011A | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | $ | $ | $ |
| 000012 | Guthman, Larry<br>c/o Much, Shelist,<br>Denenberg, etc.<br>Acct # 09 M1-209558<br>191 N. Wacker Drive, Suite 1800<br>Chicago, IL 60606 | $ | $ | $ |
| 000013A | Internal Revenue Services<br>P.O. Box 21126<br>Philadelphia, PA 19114 | $ | $ | $ |
| 000014A | Hinsdale Bank & Trust Co<br>c/o Donald Newman<br>11 S LaSalle St<br>Chicago IL 60603 | $ | $ | $ |
| 000015 | U.S. Bank, N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | $ | $ | $ |
| 000016 | U.S. Bank, N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | $ | $ | $ |
| 000017 | GE Money Bank<br>c/o Recovery Management<br>Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | $ | $ | $ |
| 000018 | Capital Recovery III LLC<br>c/o Recovery Management<br>Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000019 | First Choice Yellow Pages c/o Roberta K Kanabay 19 Watergate Drive South Barrington, IL 60010-9564 | $ | $ | $ |
| 000020 | ATT Mobility LLC c/o B-Line, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | $ | $ | $ |
| 000021 | Carroll Distributing 205 S Iowa Avenue Ottumwa, Iowa 52501 | $ | $ | $ |

Total to be paid to timely general unsecured creditors            $_____

Remaining Balance                                                 $_____


        Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will
be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims
have been paid in full. The tardily filed claim dividend is anticipated to be      percent, plus interest (if
applicable).

        Tardily filed general (unsecured) claims are as follows:


                                    NONE


        Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered
subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all
allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for
subordinated unsecured claims is anticipated to be      percent, plus interest (if applicable).

        Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered
subordinated by the Court are as follows:


                                    NONE


                    Prepared By: /s/ Roy Safanda _____
                                                        Trustee



*Roy Safanda*

*111 East Side Drive*
*Geneva, IL 60134*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.