UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re:                                    §
                                          §
SCALISE, JOSEPH F                         §        Case No. 10-17634
                                          §
         Debtor(s)                        §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Roy Safanda, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
     US Courthouse
     Bankruptcy Clerk
     Assignment Desk, Rm 710
     219 S. Dearborn St.
     Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 12/01/2011 in Courtroom 250,
     US Courthouse
     100 S. 3rd St.
     Geneva, IL  60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  10/13/2011          By: _____

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
SCALISE, JOSEPH F § Case No. 10-17634
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 5,000.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000013B | Internal Revenue Services P.O. Box 21126 Philadelphia, PA 19114 | $ 73,633.12 | $ 73,633.12 | $ 0.00 | $ 0.00 |
| 000014B | Hinsdale Bank & Trust Co c/o Donald Newman 11 S LaSalle St Chicago IL 60603 | $ 25,000.00 | $ 25,000.00 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 5,000.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Roy Safanda | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Trustee Expenses: Roy Safanda | $ 176.76 | $ 0.00 | $ 176.76 |
| Attorney for Trustee Fees: Roy Safanda | $ 1,931.25 | $ 0.00 | $ 1,931.25 |
| Charges: Clerk of the US Bank Court | $ 250.00 | $ 0.00 | $ 250.00 |

Total to be paid for chapter 7 administrative expenses     $     3,608.01

Remaining Balance     $     1,391.99

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 4,102.66  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011B | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | $ 2,913.18 | $ 0.00 | $ 988.41 |
| 000013C | Internal Revenue Services<br>P.O. Box 21126<br>Philadelphia, PA 19114 | $ 1,189.48 | $ 0.00 | $ 403.58 |

Total to be paid to priority creditors     $     1,391.99

Remaining Balance     $     0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

Timely claims of general (unsecured) creditors totaling $ 95,021.26 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $ 185.56 | $ 0.00 | $ 0.00 |
| 000002 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $ 2,443.44 | $ 0.00 | $ 0.00 |
| 000003 | American Infosource Lp As Agent for<br>Asta-Vativ<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | $ 2,671.78 | $ 0.00 | $ 0.00 |
| 000004 | Atlas Bobcat, Inc.<br>Acct # 50097<br>5050 North River Road<br>Schiller Park, IL 60176 | $ 1,240.27 | $ 0.00 | $ 0.00 |
| 000005 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $ 834.90 | $ 0.00 | $ 0.00 |
| 000006 | Save on Everything<br>Acct # 6305871010<br>1000 W. Maple Road, Suite 200<br>Troy, MI 48084 | $ 10,220.00 | $ 0.00 | $ 0.00 |
| 000007 | Northwest Health Care<br>2360 Hassell Road<br>Hoffman Estates, IL 60169 | $ 80.00 | $ 0.00 | $ 0.00 |
| 000008 | PHARIA L.L.C.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $ 1,233.11 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Today<br>Acct # 40960<br>1505 McCormick Place<br>Wheaton, IL 60189 | $ 822.50 | $ 0.00 | $ 0.00 |
| 000010 | Meyer Material Company<br>c/o Stewart Krauskoff<br>Acct # 07 AR 728<br>414 N. Orleans, Suite 210<br>Chicago, IL 60654 | $ 27,719.57 | $ 0.00 | $ 0.00 |
| 000011A | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | $ 4,087.06 | $ 0.00 | $ 0.00 |
| 000012 | Guthman, Larry<br>c/o Much, Shelist, Denenberg, etc.<br>Acct # 09 M1-209558<br>191 N. Wacker Drive, Suite 1800<br>Chicago, IL 60606 | $ 12,400.00 | $ 0.00 | $ 0.00 |
| 000013A | Internal Revenue Services<br>P.O. Box 21126<br>Philadelphia, PA 19114 | $ 5.94 | $ 0.00 | $ 0.00 |
| 000014A | Hinsdale Bank & Trust Co<br>c/o Donald Newman<br>11 S LaSalle St<br>Chicago IL 60603 | $ 4,084.71 | $ 0.00 | $ 0.00 |
| 000015 | U.S. Bank, N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | $ 404.14 | $ 0.00 | $ 0.00 |
| 000016 | U.S. Bank, N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | $ 1,995.22 | $ 0.00 | $ 0.00 |
| 000017 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | $ 1,315.58 | $ 0.00 | $ 0.00 |
| 000018 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | $ 3,953.98 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000019 | First Choice Yellow Pages<br>c/o Roberta K Kanabay<br>19 Watergate Drive<br>South Barrington, IL 60010-9564 | $ 17,423.69 | $ 0.00 | $ 0.00 |
| 000020 | ATT Mobility LLC<br>c/o B-Line, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $ 705.93 | $ 0.00 | $ 0.00 |
| 000021 | Carroll Distributing<br>205 S Iowa Avenue<br>Ottumwa, Iowa 52501 | $ 1,193.88 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors          $          0.00

Remaining Balance          $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Roy Safanda
Trustee

*Roy Safanda*

*111 East Side Drive*
*Geneva, IL 60134*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Joseph F Scalise
 Debtor

Case No. 10-17634-MB
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: rmarola                Page 1 of 3                   Date Rcvd: Oct 17, 2011
                                Form ID: pdf006              Total Noticed: 106

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2011.
```
db         +Joseph F Scalise,    7N755 Northern Dancer Lane,    St. Charles, IL 60175-6876
15446780   +AT&T,    Acct # 232014361126,    P. O. Box 6428,    Carol Stream, IL 60197-6428
15446779    AT&T,    Acct # 268114127,    P. O. Box 6428,    Carol Stream, IL 60197-6428
15446781   +AT&T,    c/o Alliant Law Group, P.C.,    Acct # 50771160,    2860 Zanker Road, Suite 105,
             San Jose, CA 95134-2119
15446776   +Acuity,    Acct # K56136-8,    2800 S. Taylor Drive,    P. O. Box 718,    Sheboygan, WI 53082-0718
15446777   +Alarm Detection Systems, Inc.,    Acct # 124297,    1111 Church Road,    Aurora, IL 60505-1905
15446784    Barclays Bank Middle Non-Skip,    c/o National Enterprise Systems,    Acct # 5140218022727745,
             29125 Solon Road,    Solon, OH 44139-3442
15446785   +Blue Book of Building & Construction,    Acct # 58696,    P. O. Box 500,
             Jefferson Valley, NY 10535-0500
15446786   +Bobcat,    c/o GE Capital Solutions,    Acct # 5472213001,    1010 Thomas Edison Blvd. SW,
             Cedar Rapids, IA 52404-8247
15446787   +Buck Bros. Inc.,    Acct # 58708,    14N937 US Hwy 20,    Hampshire, IL 60140-8858
15446788    Caputo New Farm Produce - Elgin,    c/o TRS Recovery Services, Inc.,    Acct # 19090611900797,
             P. O. Box 4812,    Houston, TX 77210-4812
15446789    Carroll Distributing,    Acct # 32325738,    1031 Lake Street,    Aurora, IL 60506
15446790    Carroll Distributing,    c/o Kane County State's Attorney,    Check Enforcement Program,
             P. O. Box 35,    South Elgin, IL 60177-0035
16135181   +Carroll Distributing,    205 S Iowa Avenue,    Ottumwa, Iowa 52501-3308
15446791   +Charter One Bank,    Acct # 8230101739-T,    Asset Recovery RJE 350,    One Citizens Drive,
             Riverside, RI 02915-3019
15446794    Chase,    Acct # 4185 8680 0615 9445,    P. O. Box 15298,    Wilmington, DE 19850-5298
15446793   +Chase,    c/o First Source,    Acct # -6737,    205 Bryant Woods S.,    Amhearst, NY 14228-3609
15446795   +Christiansen, Andy,    298 Sutherland Lane,    Bloomingdale, IL 60108-1936
15446796   +Ciolek, Stanley,    c/o Oak Park & Belmont C.E.,    Acct # 1026,    6756 W. Belmont Avenue,
             Chicago, IL 60634-4696
15446797   +City Publication,    1N051 Timothy Lane,    Wheaton, IL 60188-4525
15446798   +Clipper Magazine,    Acct # 84890,    3708 Hempland Road,    P. O. Box 610,
             Mountville, PA 17554-0610
15446799    Comcast,    Acct # 8798 20 004 0251824,    P. O. Box 3002,    Southeastern, PA 19398-3002
15446801   +Copertino, Antonio,    P. O. Box 6070,    Bloomingdale, IL 60108-6070
15446802    Cottrell MD, Thomas,    Acct # 194033,    2360 Hassell Road, Suite F,
             Hoffman Estates, IL 60169-2171
15446803   +Creative Business Authority, Inc.,    Acct # 364,    7N527 Foxglove Court,
             St. Charles, IL 60175-5466
15446804   +Crouse, Brett,    Acct # NO93051,    939 David Lane,    Elk Grove Village, IL 60007-3060
15446805    DIRECTV,    Acct # 21294204,    P. O. Box 9001069,    Louisville, KY 40290-1069
15446806   +ECS Financial Services/Mitch Coben,    Acct # 19487,    3400 Dundee Road, Suite 180,
             Northbrook, IL 60062-2367
15446807   +Employers Reinsurance,    c/o Teller Levit & Silvertrust, P.C.,    Acct # 142460,
             11 East Adams Street,    Chicago, IL 60603-6369
16098317    First Choice Yellow Pages,    c/o Roberta K Kanabay,    19 Watergate Drive,
             South Barrington, IL  60010-9564
15446808   +First Choice Yellow Pages,    c/o Roberta K. Kanabay,    Acct # 2009-M3-001032,
             19 Watergate Drive,    South Barrington, IL 60010-9564
15446809   +Florstar Sales, Inc.,    Acct # 841913,    2780 Paysphere Circle,    Chicago, IL 60674-0001
15446810   +Ford, Ron and Angela,    860 Abbey Drive,    Glen Ellyn, IL 60137-6172
15446811    G.E. Capital,    c/o RMS Collections,    125o E. Diehl Road, Suite 300,    Naperville, IL 60563
15446812   +GMAC,    Acct # 024-9095-22612,    P. O. Box 380901,    Bloomington, MN 55438-0901
15446813   +Guthman, Larry,    c/o Much, Shelist, Denenberg, etc.,    Acct # 09 M1-209558,
             191 N. Wacker Drive, Suite 1800,    Chicago, IL 60606-1631
15446814   +Gutierrez's Painters & Tapers,    1145 Pleasant Run,    Wheeling, IL 60090-5675
15446821   +HSBC,    c/o CCB Credit Services, Inc.,    Acct # UL0835,    P. O. Box 272,
             Springfield, IL 62705-0272
15446820    HSBC,    c/o P&B Capital Group, LLC,    Acct # 6011381020064489,    P. O. Box 25197,
             Tampa, FL 33622-5197
15446815    Hinckley Springs,    Acct # 20579123421609,    P. O. Box 660579,    Dallas, TX 75266-0579
15989671    Hinsdale Bank & Trust Co,    c/o Donald Newman,    11 S LaSalle St,    Chicago IL 60603
15446818    Home Depot Credit Services,    Acct # 6035 3202 2460 7646,    Processing Center,
             Des Moines, IA 50364-0500
15446819   +Home Pages,    American Marketing & Publishing, LLC,    Acct # G897730, GVA09, WHT09, WFD09, GLE,
             P. O. Box 982,    DeKalb, IL 60115-0982
15446823   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
             PHILADELPHIA PA 19101-7346
             (address filed with court: Internal Revenue Services,      P.O. Box 21126,    Philadelphia, PA 19114)
15446822   +Illinois Department of Labor,    c/o Illinois Attorney General,    Acct # 07-005830,
             100 W. Randolph, 13th Floor,    Chicago, IL 60601-3397
15884283    Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL  60664-0338
15446824   +Illinois State Toll Highway Authority,    c/o GC Services Limited Partnership,
             Acct #  VS084037642, VN094151007, VN094,    P. O. Box 79,    Elgin, IL 60121-0079
15446825   +Increte Systems,    c/o Saxon, Gilmore, Carraway, etc.,    Acct # 234225.01000,
             201 E. Kennedy Blvd., suite 600,    Tampa, FL 33602-5819
```

```
District/off: 0752-1          User: rmarola              Page 2 of 3                  Date Rcvd: Oct 17, 2011
                              Form ID: pdf006            Total Noticed: 106


15446826      Ingersoll Rand Financial Services,   Div. of CitiCapital Comm. Corp.,   Acct # 0000598674,
               P. O. Box 6229,   Carol Stream, IL 60197-6229
15446827     +Jewel Osco,   c/o Commercial Check Control,   Acct # 4498039-1,    7250 Beverly Blvd., Suite 200,
               Los Angeles, CA 90036-2560
15446828     +Journal & Topics Newspapers,   Acct # 479209,   622 Graceland Avenue,
               Des Plaines, IL 60016-4519
15446829      Knights of Columbus,   Acct # 0101294253,   P. O. Box 1492,   New Haven, CT 06506-1492
15446833     +LVNV Funding,   c/o Richard J. Boudrean, Attorney,   Acct # 603532033-4607646,    5 Industrial Way,
               Salem, NH 03079-4866
15446831     +Lube Pros,   225 S. Randall Road,   South Elgin, IL 60177-2287
15446832     +Lube Pros,   c/o Kane County States Attorney’s,   Check Enforcement Program,   P.O. Box 35,
               South Elgin, IL 60177-0035
15446834     +Matrix Business Technologies,   Acct # 5204688360-0000,   P.O. Box 660780,
               Dallas, TX 75266-0780
15446835     +Meyer Material Company,   c/o Stewart Krauskoff,   Acct # 07 AR 728,    414 N. Orleans, Suite 210,
               Chicago, IL 60654-4493
15446836     +Mueller, George H.,   155 Huron Drive,   Bloomingdale, IL 60108-8827
15446837     +Nelson Today Newspaper,   c/o Levy Diamond, etc.,   Acct # 1382209,   P. O. Box 352,
               Milford, CT 06460-0352
15446838     +Nick’s Pizza & Pub,   c/o National Service Bureau, Inc.,   Acct # 1717354,
               18820 Aurora Avenue N, Suite 205,   Shoreline, WA 98133-3900
15446840     +Northern Leasing Systems Inc.,   Acct # 1680597,   132 West 31st Street, 14th Floor,
               New York, NY 10001-3406
15446842     +Northwest Health Care,   2360 Hassell Road,   Hoffman Estates, IL 60169-2171
15446843      Northwest Health Care Associates,   c/o First Federal Credit Control,   Acct # DJ5953,
               P. O. Box 20790,   Columbus, OH 43220-0790
15446844     +Oberweis Dairy,   951 Ice Cream Drive,   North Aurora, IL 60542-1475
15446846     +Office of the Secretary of State,   Acct # 1000784,   Howlett Building, Room 235,
               Springfield, IL 62756-0001
15446845     +Office of the Secretary of State,   Acct # 1000792,   Howlett Building, Room 235,
               Springfield, IL 62756-0001
15820578     +PHARIA L.L.C.,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
15446847      Penn Credit Corporation,   Acct # 1007804136,   P. O. Box 988,   Harrisburg, PA 17108-0988
15446849      Pierce MD, Warren,   Acct # 194033,   2360 Hassell Road, Suite F,
               Hoffman Estates, IL 60169-2171
15446850      Regency Medical Center, P.C.,   Acct # 22531.0,   200 Fox Glen Drive,   Barrington, IL 60010-1809
15446851     +Regional Truck Equipment Co., Inc.,   255 Laura Drive,   Addison, IL 60101-5013
15446852     +Rose Supply Company, Inc.,   Acct # 1727,   210 Flagstaff Lane,   Hoffman Estates, IL 60169-3223
15446853     +Save on Everything,   Acct # 6305871010,   1000 W. Maple Road, Suite 200,   Troy, MI 48084-5368
15446854     +Schleifer, Roberta,   182 River Road,   Lake Barrington, IL 60010-1169
15446855     +Simply Self Storage,   Acct # Unit No. 720,   2775 West Bode Road,
               Hoffman Estates, IL 60169-1164
15446856     +Sprint,   c/o Allied Interstate,   Acct # 13433545,   3000 Corporate Exchange Drive,
               Columbus, OH 43231-7689
15446857     +St. Thomas More Catholic School,   1625 W. Highland Avenue,   Elgin, IL 60123-5137
15446858     +State of Illinois,   c/o Linebarger, Goggan, etc.,   P. O. Box 06140,   Chicago, IL 60606-0140
15446859     +State of Illinois,   Department of Revenue,   P. O. Box 19006,   Springfield, IL 62794-9006
15446860     +TCF Bank,   Acct # -9827,   800 Burr Ridge Parkway,   Burr Ridge, IL 60527-6486
15446861      TCF Bank,   c/o Professional Account Management,   Acct # 11587840,   P. O. Box 391,
               Milwaukee, WI 53201-0391
15446863     +Today,   Acct # 40960,   1505 McCormick Place,   Wheaton, IL 60189-7136
15446864      Travelers,   Acct # 6760R4139,   CL Remittance Center,   Hartford, CT 06183-1008
15446865      Tri-County Truck Tops, Inc.,   c/o Cross Check Inc.,   P. O. Box 6008,   Petaluma, CA 94955-6008
15446868     +U.S. Bank (successor in interest to Downey Savings,   Acct # 9042467266,   P. O. Box 6060,
               Newport Beach, CA 92658-6060
16040202     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:  U.S. Bank, N.A.,   P.O. Box 5229,   Cincinnati, OH 45201)
15446866      US Bank - Elgin Meijer,   Acct # -1439,   815 S. Randall Road,   Elgin, IL 60123-3003
15446867      US Bank - Elgin Meijer,   Acct # -1710,   815 S. Randall Road,   Elgin, IL 60123-3003
15446869      Village of Hanover Park,   Hanover Park, IL   60133
15446870      Walgreen Co.,   c/o Credit Management Control, Inc.,   Acct # HU2780,   P. O. Box 1654,
               Green Bay, WI 54305-1654
15446871     +Washington Mutual,   c/o Palisades Collection,   P. O. Box 1244,
               Englewood Cliffs, NJ 07632-0244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15446782      E-mail/Text: CustomerNoticesEast@dexknows.com Oct 18 2011 02:14:44     AT&T Real Yellow Pages,
               c/o DEX,   Acct # 500109902,   8519 Innovation Way,   Chicago, IL 60682-0085
16111666      E-mail/PDF: BNCEmails@blinellc.com Oct 18 2011 03:10:13     ATT Mobility LLC,   c/o B-Line, LLC,
               MS 550,   PO Box 91121,   Seattle, WA 98111-9221
15446778     +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 18 2011 02:14:07     Allstate,   c/o CCS,
               Acct # 06 0160 22823,   P. O. Box 9135,   Needham Heights, MA 02494-9135
15774726      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 18 2011 03:07:42
               American Infosource Lp As Agent for,   Asta-Vativ,   PO Box 248838,
               Oklahoma City, OK   73124-8838
15446783     +E-mail/Text: skuhlmann@atlaslift.com Oct 18 2011 02:14:39     Atlas Bobcat, Inc.,   Acct # 50097,
               5050 North River Road,   Schiller Park, IL 60176-1021
16057490      E-mail/PDF: rmscedi@recoverycorp.com Oct 18 2011 03:11:14     Capital Recovery III LLC,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
```

```
District/off: 0752-1            User: rmarola              Page 3 of 3                 Date Rcvd: Oct 17, 2011
                                Form ID: pdf006            Total Noticed: 106
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
15446792       E-mail/Text: data_processing@fin-rec.com Oct 18 2011 02:15:06      Chase,
                c/o Financial Recovery Services, Inc.,   Acct # 111000002048728451,    P. O. Box 385908,
                Minneapolis, MN 55438-5908
15446800       E-mail/Text: legalcollections@comed.com Oct 18 2011 02:13:57      Commonwealth Edison,
                Acct # 7944436012,    P. O. Box 6111,    Carol Stream, IL 60197-6111
16045819       E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2011 03:11:13      GE Money Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
15446817      +E-mail/Text: pgray@hinsdalebank.com Oct 18 2011 02:14:01      Hinsdale Bank & Trust,
                Acct # 270873979,    25 E. First Street,    Hinsdale, IL 60521-7825
15446816      +E-mail/Text: pgray@hinsdalebank.com Oct 18 2011 02:14:01      Hinsdale Bank and Trust,
                Acct # 00270973979,    25 East First Street,    Hinsdale, IL 60521-7825
15446830       E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2011 03:11:13      Lowe's,    Acct # 819 2414 1180331,
                P. O. Box 530914,    Atlanta, GA 30353-0914
15446839       E-mail/Text: bankrup@nicor.com Oct 18 2011 02:12:44      NICOR Gas,    Acct # 70-47-00-3179 3,
                P. O. Box 0632,    Aurora, IL 60507-0632
15446848       E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2011 03:11:13      Pep Boys/Car Care One/GEMB,
                c/o GE Money Bank,    Acct # 6019 1809 1745 6523,    P. O. Box 960061,    Orlando, FL 32896-0061
15752273       E-mail/PDF: BNCEmails@blinellc.com Oct 18 2011 03:10:13      Roundup Funding, LLC,    MS 550,
                PO Box 91121,    Seattle, WA 98111-9221
                                                                                               TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15446841      ##+Northfield, City of,    c/o Scheer, Green and Burke, Co.,    Acct # 403757,
                520 Madison Avenue, Suite 237,    Toledo, OH 43604-1333
15446862      ##+Telecheck Recovery Services Inc.,    c/o Friedman & Wexler, LLC,    Acct # 19090611900797,
                500 W. Madison Street, Suite 450,    Chicago, IL 60661-2767
                                                                                               TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 19, 2011**            **Signature:**    _/s/ Joseph Speetjens_