# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                               §
                                     §
SCALISE, JOSEPH F                    §      Case No. 10-17634
                                     §
            Debtor(s)                §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Roy Safanda, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                          Assets Exempt:
(Without deducting any secured claims)


Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:


Total Expenses of Administration:

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on        . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Roy Safanda _____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | G.E Capital c/o RMS COllections 125 E Diehl Road, Ste 300 Naperville, IL 60563 |  |  |  |  |  |
|  | GMAC PO Box 380901 Bloomington, MN 55438 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GMAC PO Box 380901 Bloomington, MN 55438 | | | | | |
| | GMAC PO Box 380901 Bloomington, MN 55438 | | | | | |
| | Hinsdale Bank & Trust 25 E First Street Hinsdale, IL 60521 | | | | | |
| | U.S Bank Successor in interest to Downey Savings and Loan PO Box 6060 Newport Beach, CA 92658 | | | | | |
| 000014B | HINSDALE BANK & TRUST CO | | | | | |
| 000013B | INTERNAL REVENUE SERVICES | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROY SAFANDA, TRUSTEE | | | | | |
| ROY SAFANDA, TRUSTEE | | | | | |
| CLERK OF THE US BANK COURT | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROY SAFANDA, | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Labor c/o Illinois Attorney General 100 W Randolph 13th Floor Chicago, IL 60601 | | | | | |
| | Internal Revenue Service PO Box 145566 Cincinnati, OH 45250 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service PO Box 145566 Cincinnati, OH 45250 | | | | | |
| | Juan Garcia | | | | | |
| | Rafael Ramos | | | | | |
| | State of Illinois Department of Revenue PO Box 19006 Springfield, IL 62794 | | | | | |
| | State of Illinois Department of Revenue PO Box 19006 Springfield, IL 62794 | | | | | |
| | State of Illinois Department of Revenue PO Box 19006 Springfield, IL 62794 | | | | | |
| | State of Illinois c/o Linebarger, Goggan ect PO Box 06140 Chicago, IL 60606 | | | | | |
| | State of Illinois c/o Linebarger, Goggan ect PO Box 06140 Chicago, IL 60606 | | | | | |
| 000011B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000013C | INTERNAL REVENUE SERVICES | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T PO Box 6428 Carol Stream, IL 60197-6428 | | | | | |
| | AT&T PO Box 6428 Carol Stream, IL 60197-6428 | | | | | |
| | AT&T Real Yellow Pages c/o DEX 8519 Innovation Way Chicago, IL 60682 | | | | | |
| | AT&T c/o Alliant Law Group 2860 Zanker Rd, ste 105 San Jose, CA 95134 | | | | | |
| | Acuity 2800 S Taylor Drive PO Box 718 Sheboygan, WI 53081 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alarm Detection Systems, Inc. 1111 Church Road Aurora, IL 60505 | | | | | |
| | Allstate c/o CCS PO Box 9135 Needham Heights, MA 02494 | | | | | |
| | Andy Christiansen 298 Sutherland Lane Bloomingdale, IL 60108 | | | | | |
| | Antonio Copertino PO Box 6070 Bloomingdale, IL 60108 | | | | | |
| | Barclays Bank Middle Non-Skip c/o National Enterprise System 29125 Solon Rd Solon, OH 44139-3442 | | | | | |
| | Blue Book of Building & Construction PO Box 500 Jefferson Valley, NY 10535 | | | | | |
| | Bobcat c/o GE capital Solutions 1010 Thomas Edison Blvd SW Cedar Rapids, IA 52404 | | | | | |
| | Brett Crouse 939 David Lane Elk Grove Village, IL 60007 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Buck Bros, Inc. 14N937 US Hwy 20 Hampshire, IL 60140 | | | | | |
| | Caputo New Farm Produce-Elgin c/o TRS Recovery Services, Inc. PO Box 4812 houston, TX 77210-4812 | | | | | |
| | Carroll Distributing 1031 Lake Street Aurora, IL 60506 | | | | | |
| | Charter One Bank Asset Recovery RJE 350 One Citizens Drive Riverside, RI 02915 | | | | | |
| | Chase PO Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Chase c/o Financial Recovery Services, Inc. PO Box 385908 Minneapoli, MN 55438-5908 | | | | | |
| | Chase c/o First Source 205 Bryant Woods S Amhearst, NY 14228 | | | | | |
| | City Publication 1N501 Timothy Lane Wheaton, IL 60188 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Northfield c/o Scheer, Green and Burke Co. 520 Madison Avenue, Ste 237 Toledo, OH 43604 | | | | | |
| | Clipper Magazine 3708 Hampland Rd. PO Bix 610 Mountville, PA 17554 | | | | | |
| | Comcast PO Box 3002 Southeastern, PA 19398-3002 | | | | | |
| | Commonwealth Edison PO Box 6111 Carol Stream, IL 60197-6111 | | | | | |
| | Creative Business Authority, Inc. 7N527 Foxglove Court St Charles, IL 60175 | | | | | |
| | DIRECT TV PO Box 90011069 Louisville, KY 40290-1069 | | | | | |
| | ECS Financial Services/Mitch Coben 3400 Dundee Rd, Ste 180 Northbrook, IL 60062 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Employees Reinsurance c/o Teller Levit & Silvertrust PC 11 East Adams Street Chicago, IL 60603 | | | | | |
| | Florstar Sales, Inc. 2780 Paysphere Circle Chicago, IL 60674 | | | | | |
| | George H Mueller 155 Huron Dr Bloomingdale, IL 60108 | | | | | |
| | Gutierrez&apos;s Painters & Tapers 1145 Pleasant Run Wheeling, IL 60090 | | | | | |
| | HSBC c/o CCB Credit Services, Inc. PO Box 272 Springfield, IL 62705-0272 | | | | | |
| | HSBC c/o P&B Capital Group, LLC PO Box 25197 Tampa, FL 33622-5197 | | | | | |
| | Hinkcley Springs PO Box 660579 Dallas, TX 75266-0579 | | | | | |
| | Hinsdale Bank & Trust 25 East First Street Hinsdale, IL 60521 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Home Depot Credit Service Processing Center Des Moines, IA 50364-0500 | | | | | |
| | Home Pages American Marketing & Publishing LLC PO Box 982 Dekalb, IL 60115 | | | | | |
| | Illinois State Toll Highway Authority c/o GC Services Limited Partnership PO Box 79 Elgin, IL 60121 | | | | | |
| | Increte Systems c/o Saxon, Gilmore, Carraway etc 201 E Kennedy Blvd., Ste 600 Tampa, FL 33602 | | | | | |
| | Ingersoll Rand Financial Services Div of CitiCapital Comm Corp PO Box 6229 Carol Stream, IL 60197-6229 | | | | | |
| | Jewel Osco c/o Commercial Check Control 7250 Beverly Blvd., Ste 200 Los Angeles, CA 90036 | | | | | |
| | Journal & Topics Newspaper 622 Graceland Ave. Des Plaines, IL 60016 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Knights of Columbus PO Box 1492 New Haven, CT 06506-1492 | | | | | |
| | Larry Guthman c/o Much, Shelist, Denenberg etc 191 N Wacker Dr. Suite 1800 Chicago, IL 60606 | | | | | |
| | Lowe&apos;s PO Box 530914 Atlanta, GA 30353-0914 | | | | | |
| | Lube Pros 225 S Randall Rd. South Elgin, IL 60177 | | | | | |
| | Lube Pros c/o Kane County States Attorney&apos;s Check Enforcement Program PO Box 35 South Elgin, IL 60177 | | | | | |
| | Matrix Business Technologies PO Box 660780 Dallas, TX 75266 | | | | | |
| | NICOR Gas PO Box 0632 Aurora, IL 60507-0632 | | | | | |
| | Nick&apos;s Pizza & Pub C/o National Service Bureau Inc. 18820 Aurora Avenue N, Ste 205 Shoreline WA 98133 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northern Leasing Systems, INc. 132 West 31st St., 14th Floor New York, NY 1001-3405 | | | | | |
| | Northwest Healthcare 2360 Hassell Road Hoffman Estates, IL 60169 | | | | | |
| | Oberweis Dairy 951 Ice Cream Drive North Aurora, IL 60542-2927 | | | | | |
| | Office of the Secretary of State Howlett Building Room 235 Springfield, IL 62756 | | | | | |
| | Office of the Secretary of State Howlett Building Room 235 Springfield, IL 62756 | | | | | |
| | Penn Credit Corporation PO Box 988 Harrisburg, PA 17108-0988 | | | | | |
| | Regency Medical Center PC 200 Fox Glen Dr Barrington, IL 60010-1809 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Regional Truck Equipment Co. 255 Laura Dr. Addison, IL 60101 | | | | | |
| | Roberta Schleifer 182 River Rd. Lake Barrington, IL 60010 | | | | | |
| | Ron and Angela Ford 860 Abbey Dr. Glenn Ellyn, IL 60137 | | | | | |
| | Rose Supply Company Inc. 210 Flagstaff Lane Hoffman Estates, IL 60194 | | | | | |
| | Simply Self Storage 2775 West Bode Rd. Hoffman Estates, IL 60169 | | | | | |
| | Sprint c/o Allied Interstate 3000 Corporate Exchange Dr. Columbus, OH 43231 | | | | | |
| | St Thomas More Catholic School 1625 W Highland Ave. Elgin, IL 60123 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Stanley Ciolek c/o Oak Park & belmont C.E 6756 W Belmont Ave. Chicago, IL 60634 | | | | | |
| | TCF Bank 800 Burr Ridge PArkway Burr Ridge, IL 60527 | | | | | |
| | TCF Bank c/o Professional Account Management PO Box 391 Milwaukee WI 53201 | | | | | |
| | Telecheck Recovery Services, In. c/o Friedman & Wxler LLC 500 W Madison Street Suite 450 Chicago, IL 60661-2587 | | | | | |
| | Thomas Cottrell MD 2360 Hassell Road Ste F Hoffman Estates, IL 60169-2171 | | | | | |
| | Today 1505 McCormick Place Whaeton, IL 60189 | | | | | |
| | Travelers CL Remittance Center Hartford, CT 06183-1008 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Tri-County Truck Tops, Inc. c/o Cross Check inc. PO Box 6008 Petaluma, CA 94955-6008 | | | | | |
| | US Bank-Elgin Meijer 815 S Randall Rd. Elgin, IL 60123-3003 | | | | | |
| | US Bank-Elgin Meijer 815 S Randall Rd. Elgin, IL 60123-3003 | | | | | |
| | Village of Hanover Park Hanover Park, IL 60133 | | | | | |
| | Walgreen Co c/o Credit Management Control, Inc. PO Box 1654 Green Bay, WI 54305-1654 | | | | | |
| | Warren Pierce MD 2360 Hassell Road Ste F Hoffman Estates, IL 60169-2171 | | | | | |
| | Washington Mutual c//o Palisades Collection PO Box 1244 Englewood Cliffs, NJ 07632 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000004 | ATLAS BOBCAT, INC. | | | | | |
| 000020 | ATT MOBILITY LLC | | | | | |
| 000018 | CAPITAL RECOVERY III LLC | | | | | |
| 000021 | CARROLL DISTRIBUTING | | | | | |
| 000019 | FIRST CHOICE YELLOW PAGES | | | | | |
| 000017 | GE MONEY BANK | | | | | |
| 000012 | GUTHMAN, LARRY | | | | | |
| 000014A | HINSDALE BANK & TRUST CO | | | | | |
| 000011A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000013A | INTERNAL REVENUE SERVICES | | | | | |
| 000010 | MEYER MATERIAL COMPANY | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | NORTHWEST HEALTH CARE | | | | | |
| 000008 | PHARIA L.L.C. | | | | | |
| 000005 | ROUNDUP FUNDING, LLC | | | | | |
| 000002 | ROUNDUP FUNDING, LLC | | | | | |
| 000001 | ROUNDUP FUNDING, LLC | | | | | |
| 000006 | SAVE ON EVERYTHING | | | | | |
| 000009 | TODAY | | | | | |
| 000016 | U.S. BANK, N.A. | | | | | |
| 000015 | U.S. BANK, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-17634 | MB | Judge: Manuel Barbosa |
| Case Name: | SCALISE, JOSEPH F | | |
| For Period Ending: 01/23/12 | | | |

| Trustee Name: | Roy Safanda |
| Date Filed (f) or Converted (c): | 04/20/10 (f) |
| 341(a) Meeting Date: | 06/21/10 |
| Claims Bar Date: | 09/22/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence | 270,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Cash | 16.00 | 0.00 | DA | 0.00 | FA |
| 3. Household | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 4. Apparel | 100.00 | 0.00 | DA | 0.00 | FA |
| 5. Jewelry | 200.00 | 0.00 | DA | 0.00 | FA |
| 6. Guns | 500.00 | 0.00 | DA | 0.00 | FA |
| 7. Willow A/R | 10,000.00 | 10,000.00 | | 5,000.00 | 5,000.00 |
| 8. Granate A/R | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 9. Meyer A/R | 35,000.00 | 0.00 | DA | 0.00 | FA |
| 10. 2006 Chevy | 9,625.00 | 0.00 | DA | 0.00 | FA |
| 11. 2003 Cadillac | 2,200.00 | 0.00 | DA | 0.00 | FA |
| 12. 2008 Chevy | 16,325.00 | 0.00 | DA | 0.00 | FA |
| 13. 2001 GMC | 3,100.00 | 0.00 | DA | 0.00 | FA |
| 14. Bobcat | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 15. Boat | 600.00 | 0.00 | DA | 0.00 | FA |
| 16. Desk | 100.00 | 0.00 | DA | 0.00 | FA |
| 17. Tools | 500.00 | 0.00 | DA | 0.00 | FA |
| 18. Pigments | 400.00 | 0.00 | DA | 0.00 | FA |
| 19. Lumber | 200.00 | 0.00 | DA | 0.00 | FA |
| 20. Mower | 90.00 | 0.00 | DA | 0.00 | FA |
| 21. Possible PI | Unknown | 0.00 | DA | 0.00 | FA |
| 22. Simply Self Storage A/R | 0.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $364,156.00 | $10,000.00 | | $5,000.00 | $5,000.00 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

Case No:      10-17634      MB   Judge: Manuel Barbosa

Case Name:   SCALISE, JOSEPH F

Trustee Name:                           Roy Safanda

Date Filed (f) or Converted (c):   04/20/10 (f)

341(a) Meeting Date:                06/21/10

Claims Bar Date:                    09/22/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Adversary pending

Initial Projected Date of Final Report (TFR): 01/01/12      Current Projected Date of Final Report (TFR): 01/01/12

Page: 1

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:     10-17634 -MB
Case Name:   SCALISE, JOSEPH F

Taxpayer ID No:   *******8699
For Period Ending:   01/23/12

Trustee Name:   Roy Safanda
Bank Name:   Capital One
Account Number / CD #:   *******7463  Checking Account

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/23/11 | 7 | Community Association Underwriters of America, Inc. QBE Insurance Corp. (Claims) 2 Caufield Pl. Newton, PA 18940 | | 1121-000 | 5,000.00 | | 5,000.00 |
| 12/06/11 | 001001 | Roy Safanda, Trustee 111 East Side Drive Geneva, IL 60134 | Trustee's Fees/Expenses | | | 1,426.76 | 3,573.24 |
| | | | Fees        176.76 | 2100-000 | | | |
| | | | Expenses    1,250.00 | 2200-000 | | | |
| 12/06/11 | 001002 | Roy Safanda Attorney for Trustee Safanda Law Firm 111 East Side Drive Geneva, IL 60134 | Attorney for Trustee | 3110-000 | | 1,931.25 | 1,641.99 |
| 12/06/11 | 001003 | Clerk of the US Bank Court | Court Costs | 2700-000 | | 250.00 | 1,391.99 |
| 12/06/11 | 001004 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Final Dividend | 5800-000 | | 988.41 | 403.58 |
| 12/06/11 | 001005 | Internal Revenue Services P.O. Box 21126 Philadelphia, PA 19114 | Final Dividend | 5800-000 | | 403.58 | 0.00 |
| * 12/30/11 | INT | Capital One | Interest Rate  0.080 | 1270-003 | 0.11 | | 0.11 |
| * 01/23/12 | INT | Reverses Interest on 12/30/11 | Interest Rate  0.080 | 1270-003 | -0.11 | | 0.00 |
| | | | Interest posted in error. Funds had been disbursed | | | | |

Page Subtotals            5,000.00            5,000.00

Ver: 16.05b

LFORM24

FORM 2

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:        10-17634  -MB

Case Name:   SCALISE, JOSEPH F

Taxpayer ID No:  *******8699

For Period Ending:  01/23/12

Trustee Name:              Roy Safanda

Bank Name:                 Capital One

Account Number / CD #:   *******7463  Checking Account

Blanket Bond (per case limit):  $  5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 5,000.00 | 5,000.00 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 5,000.00 | 5,000.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 5,000.00 | 5,000.00 | |
| | | | | | NET | NET | ACCOUNT |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | | Checking Account - *******7463 | | 5,000.00 | 5,000.00 | 0.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 5,000.00 | 5,000.00 | 0.00 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 16.05b

**UST Form 101-7-TDR (5/1/2011)** *(Page: 23)*